■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN CONWAY, Appellant. [33 NYS3d 761]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Cohen, J.), rendered July 9, 2014, convicting him of manslaughter in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the record demonstrates that he knowingly, intelligently, and voluntarily waived his right to appeal (*see People v Lopez*, 6 NY3d 248, 256 [2006]). The defendant's valid appeal waiver precludes the review of his challenges to the denial of his suppression motion (*see People v Hicks*, 134 AD3d 854, 854 [2015]), the factual sufficiency of his plea allocution for the charge of manslaughter in the second degree (*see id.* at 854), and the alleged excessiveness of the sentence imposed (*see People v Lopez*, 6 NY3d at 256). Leventhal, J.P., Miller, Duffy and Connolly, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAMIL CWALINSKI, Appellant. [33 NYS3d 766]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Cohen, J.), rendered September 13, 2013, as amended December 4, 2014, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment, as amended, is affirmed.

As asserted by the People and correctly conceded by the appellant, the further proceedings that took place in this case on December 4, 2014, have rendered the issues raised in the appellant's brief academic. Accordingly, the judgment, as amended December 4, 2014, must be affirmed (*cf. Padilla v Kentucky*, 559 US 356 [2010]; *People v Peque*, 22 NY3d 168 [2013]). Balkin, J.P., Chambers, Cohen and Maltese, JJ., concur.